**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ADOPTION OF: P.M., IV., A MINOR  :  No. 329 MAL 2023
:
:
PETITION OF: A.M.  :  Petition for Allowance of Appeal
:  from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 16th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.